**Edward Lee MOSES, Plaintiff—Appellant,**

v.

**Sergeant Danny WRIGHT; Captain Quinton Thompson; Lieutenant Sheryl Willoughby; Sergeant Alvin Little; Captain Donald Edwards; Officer Alan Hinshaw; Sergeant James Lindsey; Officer James M. Johnson; Sergeant Yolanda Thompson; Officer Billie Weaver; Superintendent Rick Jackson; Secretary Theodis Beck; Di-**

---

rector Boyd Bennett; Chief Hattie Pimpong; Director Finesse G. Couch; Gregory T. Wah, Admin. Examiner, Defendants—Appellees.

No. 06–6837.

United States Court of Appeals, Fourth Circuit.

Submitted July 20, 2006.

Decided July 28, 2006.

Edward Lee Moses, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Lee Moses appeals a district court order and judgment dismissing his civil rights complaint without prejudice for failing to exhaust administrative remedies. We have reviewed the district court's order and the record and affirm for the reasons cited by the district court. *See Moses v. Wright,* No. 3:04–cv–00517–1–MU (W.D.N.C. filed Apr. 10, 2006; entered Apr. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*